STATE of Maine

v.

**Marvin R. DOUGHTY.**

Supreme Judicial Court of Maine.

Dec. 22, 1978.

David M. Cox, Dist. Atty., Gary F. Thorne (orally), Asst. Dist. Atty., Bangor, for plaintiff.

Marshall T. Cary, Bangor (orally), for defendant.

Before McKUSICK, C. J., and ARCHIBALD, DELAHANTY and GODFREY, JJ.

MEMORANDUM OF DECISION.

After a jury trial in Superior Court, Penobscot County, the defendant was convicted of larceny, 17–A M.R.S.A. § 353. A careful examination of the record leads us to the conclusion that the defendant's three assignments of error are without merit.

The entry is:

Appeal denied.

Judgment affirmed.

POMEROY, WERNICK and NICHOLS, JJ., did not sit.